IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| DESEAN L. WILLIAMS, | * |
| Plaintiff | * |
| vs. | * |
| | CASE NO. 4:04-CV-110 (CDL) |
| HERMAN JOHNSON, et al., | * |
| Defendants | * |

<u>ORDER ON RECOMMENDATION OF DISMISSAL
BY UNITED STATES MAGISTRATE JUDGE</u>

After a *de novo* review of the record in this case, the Recommendation of Dismissal filed by the United States Magistrate Judge on April 4, 2005, is hereby approved, adopted, and made the Order of the Court.

IT IS SO ORDERED, this 29th day of April, 2005.

<u>S/Clay D. Land</u>
CLAY D. LAND
UNITED STATES DISTRICT JUDGE